UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| APRIL COCHRAN | : | |
| v. | : | CASE NO. 3:06CV1131 (AWT) |
| NORTHEAST MORTGAGE, LLC, d/b/a AMERICORE MORTGAGE, and GLOBAL MORTGAGE OF DELAWARE, INC., d/b/a GLOBAL MORTGAGE, INC. | : : | |

JUDGMENT

This action came on for consideration of the plaintiff's motion for partial summary judgment before the Honorable Alvin W. Thompson, United States District Judge.

The plaintiff voluntarily dismissed the complaint against defendant Global Mortgage, Inc.

The court considered the full record of the case including applicable principles of law, and the court filed a ruling granting the motion as to liability against Northeast Mortgage on the first and third counts of the complaint.

A damages hearing was held, and based on the record established at that hearing, the court awarded the plaintiff a total of $25,647.77 in damages, representing the following: (1) actual damages of $7,586.33; (2) punitive damages of $5,000.00; (3) attorney fees of $12,630.00; and (4) costs of $431.44.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff, April Cochran against the defendant Northeast Mortgage, LLC, d/b/a Americore Mortgage, in the amount of $25,647.77.

-2-

Dated at Hartford, Connecticut, this 28th day of May, 2008.

ROBERTA D. TABORA, Clerk
United States District Court


By ___/s/    SLS_____
    Sandra Smith
    Deputy Clerk